UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHEASTERN CONNECTICUT, | : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02CV00969 (PCD) |
| v. | : : | |
| YOLANDA D. MORENO, | : : | |
| Defendant. | : | APRIL 27, 2004 |

## SATISFACTION OF JUDGMENT

The Plaintiff, Charter Communications I, LLC d/b/a Charter Communications of Northeastern Connecticut hereby states that judgment entered in the above-captioned action against Defendant Yolanda Moreno and has been satisfied in full.

    PLAINTIFF – CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHEASTERN CONNECTICUT

By    /s/ Derek T. Werner
    Laura K. Norden – ct17054
    Derek T. Werner – ct23419

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Its Attorneys

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Satisfaction of Judgment was mailed first-class, postage prepaid on this 27th day of April 2004, to:

Yolanda D. Moreno
50 Gordon Avenue
Willimantic, Connecticut  06226

    /s/ Derek T. Werner
Derek T. Werner